UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose CARDONA–RAMIREZ, also known as Martin Lopez–Munoz, Defendant–Appellant.

No. 07–50707
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

April 21, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before STEWART, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The sole question raised in this appeal is whether Defendant–Appellant Jose Cardona–Ramirez's illegal reentry sentence was improperly enhanced by eight levels on the ground that his prior California possession conviction amounted to an aggravated felony. According to the Bureau of Prisons website, Cardona–Ramirez is scheduled to complete his term of imprisonment April 14, 2008. Because his release is imminent, this Court cannot usefully grant the only

---

relief to which Appellant would have been entitled: re-sentencing.

Because no effective judicial remedy exists, we must DISMISS this appeal as MOOT.

** Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.